

# Fourth Court of Appeals

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
6/19/2015 2:43:32 PM
KEITH E. HOTTLE
Clerk

## <u>NOTIFICATION OF LATE RECORD</u>

Court of Appeals No., if known: 04-15—00344-CR

Trial Court Style: State of Texas v. Juan Ruben Sanchez Cerda

Trial Court No.: 14-CRS-372

I am the official responsible for preparing the reporter's record [circle one] in the above- referenced appeal. The approximate date of trial was: April 20, 2015

The record was originally due: June 22, 2015

I anticipate the length of the record to be: 700 pages

I am unable to file the record by the date such record is due because [check one]:

☐ the appellant is not entitled to appeal without paying the fee, and the appellant has failed to pay the fee or make arrangements to pay the fee for preparing such record.

☐ my other duties or activities preclude working on the record and include the following [attach additional pages if needed]:

_____

_____

☐ Other. Explain [attach additional pages if needed]: Jude Bobby Flores of the 139th District Court was assigned to hear the case and we just concluded an indigency hearing June 16, 2015.

_____

I anticipate the record will be completed by: July 22, 2015

I, as the undersigned court official, certify that a copy of this Notification of Late Record has been served by first class mail of fax to the parties to the judgment or order being appealed.

Date: June 19, 2015          Signature: /s/ Jessie C. Salazar _____

Printed
Name: Jessie C. Salazar _____

Title: Official Court Reporter / 139th Judicial District Court

Rev. 1.8.14